1  ALAN ADELMAN, ESQ.   BAR NO:  170860
   LAW OFFICES OF ALAN ADELMAN
2  240 Stockton Street, 9th Floor
   Union Square
3  San Francisco, California  94108
   Telephone:  (415) 956-1360
4  Facsimile:  (415) 625-1339

5  Attorney for Plaintiff

6  TRACY C. LEMMON, ESQ.  BAR NO: 193372
   BRAGG & DZIESINSKI
7  Embarcadero Center West
   275 Battery Street, Suite 1100
8  San Francisco, California 94111
   Telephone:  (415) 273-6500
9  Facsimile:   (415) 273-6535

10 Attorneys for Defendant

11

12                 **UNITED STATES DISTRICT COURT**

13                **NORTHERN DISTRICT OF CALIFORNIA**

14

15 ERIK THOMSEN,                        )   **CASE NUMBER:   C 06-02914 MMC**
                                        )
16            Plaintiff,                )   **[PROPOSED]** ~~**[PROPOSED]**~~ **ORDER TO MODIFY THE**
                                        )   **INITIAL CASE MANAGEMENT**
17 vs.                                  )   **CONFERENCE HEARING DATE AND**
                                        )   **ASSOCIATED DEADLINES**
18 HUMANSCALE CORPORATION,              )
                                        )
19            Defendant.                )
   _____)

20

21      **GOOD CAUSE APPEARING, BASED ON THE STIPULATION OF THE PARTIES, IT IS**

   **HEREBY ORDERED:**

22
        1)     The Initial Case Management Conference hearing shall be conducted on August 4, 2006 at
23
               10:30 a.m.;
24
        2)     The last day to meet and confer regarding initial disclosures, early settlement, ADR process
25
               selection, and discovery plan shall be July 14, 2006;
26

[PROPOSED] ORDER TO MODIFY THE INITIAL CASE MANAGEMENT
CONFERENCE HEARING DATE AND ASSOCIATED DEADLINES
CASE NUMBER:   C 06-02914 MMC

3)   The last day to file the ADR Certification signed by Parties and Counsel and to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be July 14, 2006;

4)   The last day to file the Rule 26(f) Report and the Case Management Conference Statement, and to complete initial disclosures or state objections in the Rule 26(f) Report, shall be July 28, 2006.

**IT IS SO ORDERED.**

DATED:   June 1, 2006

_____
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER TO MODIFY THE INITIAL CASE MANAGEMENT
CONFERENCE HEARING DATE AND ASSOCIATED DEADLINES
CASE NUMBER:   C 06-02914 MMC

2